IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-03003-RPM

REALITY TECHNOLOGY, INC.,

    Plaintiff,

v.

COUNTERTRADES PRODUCTS, INC.,
MARLENE CALABRIA,
JOSEPH CALABRIA, Jr., and
U.S. SMALL BUSINESS ADMINISTRATION,

    Defendants.

and

COUNTERTRADE PRODUCTS, INC.,

    Third-Party Plaintiff,

v.

IVAN DRINKS, SR., and
IVAN DRINKS, JR.,

    Third-Party Defendants.

_____

## STAY ORDER
_____

On March 30, 2010, the United States Small Business Administration filed a motion to dismiss the claims against it pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6). The plaintiffs on April 12, 2010, filed a motion for extension of time within which to respond to that motion and this Court has today granted that motion which was unopposed. Because the claims against the SBA appear to be central to this civil action, it is now

ORDERED that all further proceedings in this civil action with respect to other parties are stayed until determination of the SBA's motion to dismiss.

DATED:    April 13th, 2010

                                BY THE COURT:

                                _____s/Richard P. Matsch_____
                                Richard P. Matsch, Senior Judge